**No. 46040.**—Protest 48428–K of H. P. Lambert Co., Inc. (Boston).

Opinion by Cline, J.  In accordance with stipulation of counsel dried white lily (pak hop) the same as that passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) was held free of duty under paragraph 1669 as claimed.

**No. 46041.**—Protests 5747–K, etc., of H. P. Lambert Co. (Boston).

Opinion by Cline, J.  In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the dried lotus nuts in question were held entitled to free entry under paragraph 1669 as claimed.

**No. 46042.**—Protest 5746–K of H. P. Lambert Co. (Boston).

Opinion by Cline, J.  In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) yuen yuk was held free of duty as crude drugs under paragraph 1669 as claimed.

June 5, 1941

**No. 46043.**—————————————————————Protest 5930–K of Wheeler & Miller.  C. D. 475.  Motion of Government for rehearing denied.